**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-7302**

UNITED STATES OF AMERICA,

                    Plaintiff - Appellee,

          v.

CORY AUBREY CARRUTHERS,

                    Defendant - Appellant.

Appeal from the United States District Court for the District of South Carolina, at Spartanburg. Henry M. Herlong, Jr., Senior District Judge. (7:07-cr-00550-HMH-1; 7:11-cv-02347-HMH)

Submitted: October 11, 2012          Decided: October 16, 2012

Before KING, DUNCAN, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Cory Aubrey Carruthers, Appellant Pro Se. Elizabeth Jean Howard, Assistant United States Attorney, Greenville, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Cory Aubrey Carruthers appeals the district court's order denying his motion to extend the appeal period for the district court's April 25, 2012, order denying his 28 U.S.C.A. § 2255 (West Supp. 2012) motion. On appeal, we confine our review to the issues raised in the Appellant's brief. See 4th Cir. R. 34(b). Because Carruthers' informal brief does not challenge the basis for the district court's disposition, Carruthers has forfeited appellate review of the court's order. Accordingly, although we grant leave to proceed in forma pauperis, we affirm the district court's order denying the motion for an extension of the appeal period. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED